**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   : No. 464 MAL 2021
:
Respondent   :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.   :
:
:
KENNY MUESES,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

 **AND NOW**, this 14th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.